ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (SBN 162734)
Assistant United States Attorney
Senior Litigation Counsel, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0715
    Facsimile: (213) 894-6269
    email: Paul.Stern@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-1173-JFW |
| Plaintiff, | [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | |
| RIGOBERTO HERNANDEZ and JULIO TAMAYO, | |
| Defendants. | |

    Pursuant to the parties' Stipulation Re: Protective Order, the Court FINDS and ORDERS as follows:

    1.   The evidence in this matter includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, and bank account numbers (collectively "personal information").

    2.   This personal information is found throughout several thousand separate pages of discovery that have so far been produced to defendant RIGOBERTO HERNANDEZ ("defendant HERNANDEZ")

and defendant JULIO TAMAYO ("defendant TAMAYO") on or about December 19, 2011.

3.   Only defense counsel, defense counsels' agents, and defendants HERNANDEZ and TAMAYO may review the unredacted personal information contained in the discovery in preparation for further proceedings in this matter, including sentencing, and defense counsel, defense counsels' agents and defendants HERNANDEZ and TAMAYO may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a claim or defense in further proceedings in this matter and for no other purpose.

4.   Only defense counsel and defense counsels' agents may make copies of any discovery containing unredacted personal information, and defendants HERNANDEZ and TAMAYO may not copy via xeroxing, electronic scanning, by handwriting, or in any other manner, any discovery containing unredacted personal information that has been provided to them by defense counsel or defense counsels' agents.

5.   The Court's Order applies to all unredacted personal information contained in all of the discovery produced in this case, including all discovery produced on or about December 19, 2011 and any discovery produced after entry of its Order.

6.   At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions

/ /

/ /

1  thereof containing the personal information that defense counsel
2  possesses and/or has made and distributed to their agents and/or
3  to defendants HERNANDEZ and TAMAYO for the purpose of preparing
4  or presenting a claim or defense in this matter, except that a
5  copy set as necessary may be maintained in defense counsels' case
6  files.
7       IT IS SO ORDERED.
8  DATED: January 25, 2012      _____
9                                HON. JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE